

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VAu 1-532-501**
**Effective Date of Registration:** April 18, 2024
**Registration Decision Date:** August 16, 2024

## Title

| | |
|---|---|
| Title of Work: | Weed Removal Tool |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |

## Author

| | |
|---|---|
| Author: | Wanqiang Chen |
| Author Created: | photograph |
| Citizen of: | China |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Wanqiang Chen |
| | No.1-1,Group 4,Longhu Village,Qiling Township,Yongding District, Longyan City,Fujian Province, China |

## Certification

| | |
|---|---|
| Name: | Xiaofang Zhong |
| Date: | April 18, 2024 |

| | |
|---|---|
| Copyright Office notes: | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113. |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VAu 1-530-978

**Effective Date of Registration:**
March 31, 2024

**Registration Decision Date:**
July 26, 2024

---

## Title

    **Title of Work:** Weed Removal Tool

## Completion/Publication

    **Year of Completion:** 2023

## Author

-     **Author:** Wanqiang Chen
    **Author Created:** photograph
    **Citizen of:** China

## Copyright Claimant

    **Copyright Claimant:** Wanqiang Chen
    No.1-1,Group 4,Longhu Village,Qiling Township,Yongding District, Longyan City,Fujian Province

## Certification

    **Name:** Xiaofang Zhong
    **Date:** March 31, 2024

    **Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photographs only. 17 USC 101, 102 (a), and 113.

