UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-22175-DPG

**WANQIANG CHEN**,

      Plaintiff,

 vs.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,

      Defendants.

## SCHEDULE A

| NO. | Platform | Shop Name | Online Market |
|---|---|---|---|
| 1 | TEMU | Amoin | https://www.temu.com/-m-634418216455615.html?goods_id=601099603436054&sticky_type=3&refer_page_name=bgn_verification&refer_page_id=10017_1744610830883_4os3ze9ubb&refer_page_sn=10017&_x_sessn_id=dbtyi5fea9 |
| 2 | TEMU | AUNTGUGU | https://www.temu.com/-m-634418216326240.html?goods_id=601099597352163&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744611042505_h62pxmvrkv&refer_page_sn=10032&_x_sessn_id=w4xlvkh21h |
| 3 | TEMU | Boya boutique | https://www.temu.com/boya-boutique-m-6038403082116.html?goods_id=601100160919824&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744616404248_ktglfwqstt&refer_page_sn=10032&_x_sessn_id=p51hck01yt |
| 4 | TEMU | Create Easy | https://www.temu.com/create-easy-m-634418215428233.html?goods_id=601099721439971&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744611537866_lw1xv3u4r7&refer_page_sn=10032&_x_sessn_id=56o9x7x0oy |
| 5 | TEMU | DavDoom | https://www.temu.com/davdoom-m-634418221947885.html?goods_id=601100578225096&sticky_type=3&refer_page_name=bgn_verification&refer_page_id=10017_1744616154618_0xufo8ybao&refer_page_sn=10017&_x_sessn_id=s27jon7f3d |

| | | | |
|---|---|---|---|
| 6 | TEMU | Five Sheep Trading | https://www.temu.com/-trading-m-634418211647589.html?goods_id=601099550384357&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446116478690_5hv0wu25dp&refer_page_sn=10032&_x_sessn_id=t1wfhg9k93 |
| 7 | TEMU | Huifeng hardware to | https://www.temu.com/-hardware--m-634418219061112.html?goods_id=601100093462121&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446116589756_o1xrzdby6x&refer_page_sn=10032&_x_sessn_id=3msloix3y3 |
| 8 | TEMU | HuimanJJ | https://www.temu.com/huimanjj-m-634418217153494.html?goods_id=601099701263689&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446117326179_jfpe6ncggq&refer_page_sn=10032&_x_sessn_id=97ogqi96od |
| 9 | TEMU | Je Te Veux | temu.com/debs-m-601100414237568.html |
| 10 | TEMU | JUMON | https://www.temu.com/jumon-m-634418218092312.html?goods_id=601099676391765&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446117395783_obqt78g7sy&refer_page_sn=10032&_x_sessn_id=srxa2i75x3 |
| 11 | TEMU | JUNRY | https://www.temu.com/junry-m-634418218092147.html?goods_id=601099676534264&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446117427735_4zu8sywsam&refer_page_sn=10032&_x_sessn_id=64j39rkzof |
| 12 | TEMU | MKROOL | https://www.temu.com/mkrool-m-634418217790046.html?goods_id=601099660480425&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446117477388_ii7enm5vzf&refer_page_sn=10032&_x_sessn_id=cok1b4xauu |
| 13 | TEMU | MKSOOL | https://www.temu.com/mksool-m-634418218102288.html?goods_id=601099677790998&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446117511222_nmem9n4v7s&refer_page_sn=10032&_x_sessn_id=ybsmv2vb3n |
| 14 | TEMU | MKTOOL | https://www.temu.com/mktool-m-634418217779937.html?goods_id=601100363801723&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446117558107_57r0r560d4&refer_page_sn=10032&_x_sessn_id=t5sn8ggdhj |
| 15 | TEMU | MKVOOL | https://www.temu.com/mkvool-m-634418219061712.html?goods_id=601099816880541&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446117596853_b6tymg7luy&refer_page_sn=10032&_x_sessn_id=4wdn5v30y4 |

| | | | |
|---|---|---|---|
| 16 | TEMU | Ponso Toy | https://www.temu.com/-toy-m-634418218835114.html?goods_id=601099805270433&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446 17878749_ug5jzkmtqz&refer_page_sn=10032&_x_sessn_id=qrer 9yvuoy |
| 17 | TEMU | profoundl | https://www.temu.com/profoundl-m-634418221771637.html?goods_id=601100460831741&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446 17896712_ootohi3shk&refer_page_sn=10032&_x_sessn_id=0aq yuuic00 |
| 18 | TEMU | Protective coverProtective | https://www.temu.com/protective-cover-m-634418217982607.html?goods_id=601099686504339&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446 17912928_2kc85yzzpn&refer_page_sn=10032&_x_sessn_id=grc 9rzirmm |
| 19 | TEMU | Regulator | https://www.temu.com/regulator-m-634418217748906.html?goods_id=601099673083718&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446 17941516_tdmapp04j6&refer_page_sn=10032&_x_sessn_id=4pb g4912qk |
| 20 | TEMU | SEEKER Z | https://www.temu.com/-z-m-634418216050201.html?goods_id=601099822686463&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446 17960365_9z6ttixskd&refer_page_sn=10032&_x_sessn_id=12x3 yisbl7 |
| 21 | TEMU | Shi Yuk | https://www.temu.com/shi-yuk-m-634418211001189.html?goods_id=601100201081848&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446 17976097_9uzsfd03pc&refer_page_sn=10032&_x_sessn_id=3ys 0p2bo4n |
| 22 | TEMU | Stakink local | https://www.temu.com/stalink-local-m-634418216502326.html?goods_id=601099600018198&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446 17999904_k2ppb8q2i7&refer_page_sn=10032&_x_sessn_id=p0j 82kro5z |
| 23 | TEMU | TODBM | https://www.temu.com/debs-m-634418221570693.html?refer_page_name=mall&refer_page_id =10040_1744618034039_dfb62qvf8y&refer_page_sn=10040&_ x_sessn_id=p0j82kro5z |
| 24 | TEMU | Wymfzgyhz | https://www.temu.com/wymfzgyhz-m-634418216889418.html?goods_id=601099673026208&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446 18058644_8lo6qzcgc6&refer_page_sn=10032&_x_sessn_id=m3 kgmietno |
| 25 | TEMU | Yilioe | https://www.temu.com/yilioe-m-634418218200049.html?goods_id=601100293622184&sticky_type=3&refer_page_name=goods&refer_page_id=10032_17446 18071547_q4b14hopej&refer_page_sn=10032&_x_sessn_id=yug 211cu7q |

| 26 | TEMU | ZLJ Shop | https://www.temu.com/zlj-shop-m-634418214465268.html?goods_id=601099570786274&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744618090525_uu2px80i00&refer_page_sn=10032&_x_sessn_id=h22q4z9ato |
|---|---|---|---|
| 27 | Wal-Mart | BEST TO YOU | https://www.walmart.com/global/seller/101205962 |
| 28 | Wal-Mart | Halons | https://www.walmart.com/global/seller/101606288 |
| 29 | Wal-Mart | IRmm Co.ltd | https://www.walmart.com/global/seller/101115272 |
| 30 | Wal-Mart | Kiplyki | https://www.walmart.com/global/seller/101129803 |
| 31 | Wal-Mart | MAVLLY | https://www.walmart.com/global/seller/101205005 |
| 32 | Wal-Mart | QUNPIU | https://www.walmart.com/global/seller/102500280 |
| 33 | Wal-Mart | SEMPAI Store | https://www.walmart.com/global/seller/101609716 |
| 34 | Wal-Mart | Slhenay | https://www.walmart.com/global/seller/101266244 |
| 35 | Wal-Mart | VistaSphere | https://www.walmart.com/global/seller/101587198 |
| 36 | Wal-Mart | WeowiYief | https://www.walmart.com/global/seller/101584254 |
| 37 | Wal-Mart | XiaoH | https://www.walmart.com/global/seller/102498769 |
| 38 | Wal-Mart | xinyingxin | https://www.walmart.com/global/seller/102741434 |
| 39 | Wal-Mart | xitongfushi | https://walmart.com/global/seller/102749736 |

| | | | |
|---|---|---|---|
| 40 | Wal-Mart | YI JIA NI | https://www.walmart.com/global/seller/102736115 |
| 41 | Wal-Mart | Your Essentials INC | https://www.walmart.com/global/seller/101291741 |
| 42 | Wal-Mart | Zeceouar | https://www.walmart.com/global/seller/101268572 |
| 43 | AMAZON | Aentaoy | https://www.amazon.com/sp?ie=UTF8&seller=AGI7DXATAFATD&asin=B0D38VQL7W&ref_=dp_merchant_link |
| 44 | AMAZON | AesthetimF | https://www.amazon.com/sp?ie=UTF8&seller=A2QZLGMB3AHFHO&asin=B0CYCDSDXF&ref_=dp_merchant_link |
| 45 | AMAZON | andy wang | https://www.amazon.com/sp?ie=UTF8&seller=A2MV7M5M0J4NJ4&asin=B0DJT4PNWX&ref_=dp_merchant_link |
| 46 | AMAZON | anqingzhaolu0114 | https://www.amazon.com/sp?ie=UTF8&seller=A15FO73C0QEC9W&asin=B0DTHWBXTF&ref_=dp_merchant_link |
| 47 | AMAZON | Aominner | https://www.amazon.com/sp?ie=UTF8&seller=A160YX2IAXSFKR&asin=B0DZHLW4G4&ref_=dp_merchant_link |
| 48 | AMAZON | A-yixian | https://www.amazon.com/sp?ie=UTF8&seller=AOH9V8W2LW1AN&asin=B0DYFCJWM2&ref_=dp_merchant_link |
| 49 | AMAZON | Benksaas | https://www.amazon.com/sp?ie=UTF8&seller=ASNM0AYOSUMUL&asin=B0DWSWDQ8B&ref_=dp_merchant_link |
| 50 | AMAZON | Binqteah | https://www.amazon.com/sp?ie=UTF8&seller=A2A3W4XKEXC2PY&asin=B0D62R8PMC&ref_=dp_merchant_link |
| 51 | AMAZON | Biz Select | https://www.amazon.com/sp?ie=UTF8&seller=A20DKT8VKVBCJK&asin=B0DYDY5GMX&ref_=dp_merchant_link |
| 52 | AMAZON | Bnuriout | https://www.amazon.com/sp?ie=UTF8&seller=A2Y26FCURYOS8J&asin=B0DZ6QJ6X4&ref_=dp_merchant_link |
| 53 | AMAZON | Breeze & Leaves | https://www.amazon.com/sp?ie=UTF8&seller=A2SGTOBZFPHJH6&asin=B0DJVSSFLW&ref_=dp_merchant_link |
| 54 | AMAZON | Bviong | https://www.amazon.com/sp?ie=UTF8&seller=A1U1RVTYSMO7I7&asin=B0DZ6MNC84&ref_=dp_merchant_link |

| | | | |
|---|---|---|---|
| 55 | AMAZON | CALACREN | https://www.amazon.com/sp?ie=UTF8&seller=A2KT0WWWDT5YE&asin=B0CYXX4QLK&ref_=dp_merchant_link |
| 56 | AMAZON | CCFUsuper | https://www.amazon.com/sp?ie=UTF8&seller=A3H8VDU5MT0BGL&asin=B0CXJ114T6&ref_=dp_merchant_link |
| 57 | AMAZON | DerJingX | https://www.amazon.com/sp?ie=UTF8&seller=ART0AMCXYH4P9&asin=B0DT6XCR8B&ref_=dp_merchant_link |
| 58 | AMAZON | enshizhoulianliangbaihuoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2HIWH6CQ1OIOC&asin=B0DZ2XYFTW&ref_=dp_merchant_link |
| 59 | AMAZON | EOESTLD | https://www.amazon.com/sp?ie=UTF8&seller=A1P8KHM71Q5JNI&asin=B0CXLTCF2D&ref_=dp_merchant_link |
| 60 | AMAZON | FACAI$ | https://www.amazon.com/sp?ie=UTF8&seller=A3PX0HTUSY93YD&asin=B0DWX97MHZ&ref_=dp_merchant_link |
| 61 | AMAZON | frjzhenmi | https://www.amazon.com/sp?ie=UTF8&seller=ADF6Y8O3NG62W&asin=B0DY1JD722&ref_=dp_merchant_link |
| 62 | AMAZON | FUHOVILAGF | https://www.amazon.com/sp?ie=UTF8&seller=A2T384XE60NWRJ&asin=B0D147SS2P&ref_=dp_merchant_link |
| 63 | AMAZON | funyas | https://www.amazon.com/sp?ie=UTF8&seller=A1SUL6R5QGWKK6&asin=B0DXVCV9GV&ref_=dp_merchant_link |
| 64 | AMAZON | gavosy | https://www.amazon.com/sp?ie=UTF8&seller=A2WE0YIT2D78UA&asin=B0DSW87BSC&ref_=dp_merchant_link |
| 65 | AMAZON | GlobexShop | https://www.amazon.com/sp?ie=UTF8&seller=A14BXREA9LX8OL&asin=B0DTHR4X2L&ref_=dp_merchant_link |
| 66 | AMAZON | Graetion | https://www.amazon.com/sp?ie=UTF8&seller=A2WZ1Z1E78MJEJ&asin=B0DYFBZ632&ref_=dp_merchant_link |
| 67 | AMAZON | GuangBark | https://www.amazon.com/sp?ie=UTF8&seller=AKGVAKZSHPHCD&asin=B0DDHJ7QNM&ref_=dp_merchant_link |
| 68 | AMAZON | HEALT | https://www.amazon.com/sp?ie=UTF8&seller=A27ABII3NN6UFE&asin=B0CZXQZR4H&ref_=dp_merchant_link |
| 69 | AMAZON | HMYSM | https://www.amazon.com/sp?ie=UTF8&seller=A2VES51R6KJMRX&asin=B0CWXR9NNX&ref_=dp_merchant_link |

| | | | |
|---|---|---|---|
| 70 | AMAZON | HUALEI-V | https://www.amazon.com/sp?ie=UTF8&seller=A2X1S8CTZLEZ4M&asin=B0CZNTMHTS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 71 | AMAZON | irterow | https://www.amazon.com/sp?ie=UTF8&seller=AH90TGBZTFWHX&asin=B0CZKY2YYV&ref_=dp_merchant_link |
| 72 | AMAZON | JINGshanzhud | https://www.amazon.com/sp?ie=UTF8&seller=AHSWG1PDOFTA&asin=B0DXJYDKDK&ref_=dp_merchant_link |
| 73 | AMAZON | JinyAnMy | https://www.amazon.com/sp?ie=UTF8&seller=AQFZV0RBUBPU3&asin=B0DZ13RSPF&ref_=dp_merchant_link |
| 74 | AMAZON | Joy&Life CC | https://www.amazon.com/sp?ie=UTF8&seller=A3REVI4YW14XSI&asin=B0DJGDJDDY&ref_=dp_merchant_link |
| 75 | AMAZON | JUDUNA | https://www.amazon.com/sp?ie=UTF8&seller=A1W0QLMBKILGQ6&asin=B0F1Y9Z4S1&ref_=dp_merchant_link |
| 76 | AMAZON | KABUDA | https://www.amazon.com/sp?ie=UTF8&seller=ACO3UTYS02GP2&isAmazonFulfilled=1&asin=B0CF4HRHDF&ref_=olp_merch_name_2 |
| 77 | AMAZON | kagyuas | https://www.amazon.com/sp?ie=UTF8&seller=A20D0OH310M3XP&asin=B0D62YG9TD&ref_=dp_merchant_link |
| 78 | AMAZON | Klaudio | https://www.amazon.com/sp?ie=UTF8&seller=AJC0ENSSCYZAH&asin=B0DJRN1LBB&ref_=dp_merchant_link |
| 79 | AMAZON | KOqwez33 | https://www.amazon.com/sp?ie=UTF8&seller=A2BOPW2K51V1LD&asin=B0DQ92CC2V&ref_=dp_merchant_link |
| 80 | AMAZON | Langeriy | https://www.amazon.com/sp?ie=UTF8&seller=A1HP4M6BB605N5&asin=B0DK4HXNRV&ref_=dp_merchant_link |
| 81 | AMAZON | Leo Storeo | https://www.amazon.com/sp?ie=UTF8&seller=A357NQWZ80JPQI&asin=B0D2W3VL4K&ref_=dp_merchant_link |
| 82 | AMAZON | Lightning Deals for Today Ympu | https://www.amazon.com/sp?ie=UTF8&seller=A2SF8UMGU93EGY&asin=B0D49LNJNY&ref_=dp_merchant_link |
| 83 | AMAZON | Limen-Direct | https://www.amazon.com/sp?ie=UTF8&seller=A34CE46YT3O8S7&asin=B0DRF93VZX&ref_=dp_merchant_link |
| 84 | AMAZON | lingzhengchaoli | https://www.amazon.com/sp?ie=UTF8&seller=AGIUJ5NSUFYC2&asin=B0F2MTYNQT&ref_=dp_merchant_link |

| | | | |
|---|---|---|---|
| 85 | AMAZON | LiuFJJMY | https://www.amazon.com/sp?ie=UTF8&seller=A38IUFCGZPCAT5&asin=B0CYZYV2YQ&ref_=dp_merchant_link |
| 86 | AMAZON | LUFUBAFANG | https://www.amazon.com/sp?ie=UTF8&seller=A1GMNZKFN4QT9V&asin=B0CXPYJXY7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 87 | AMAZON | Maipaidi | https://www.amazon.com/sp?language=zh&ie=UTF8&seller=A2HQ92K9ZEFSID&asin=B0CY9RQ56X&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 88 | AMAZON | Mankoshin | https://www.amazon.com/sp?ie=UTF8&seller=A1SDWAKEL1QOK8&asin=B0DK6CWNBB&ref_=dp_merchant_link |
| 89 | AMAZON | Masterroad | https://www.amazon.com/sp?ie=UTF8&seller=A3VMPJ5GFKT4QK&asin=B0CXP9Z6J4&ref_=dp_merchant_link |
| 90 | AMAZON | MHhaeb | https://www.amazon.com/sp?ie=UTF8&seller=A30EERJ5PD082I&asin=B0DHDFX1QY&ref_=dp_merchant_link |
| 91 | AMAZON | mumukai | https://www.amazon.com/sp?ie=UTF8&seller=A3FHC0I9PX9SJS&asin=B0D8HQY2LC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 92 | AMAZON | Oulisen | https://www.amazon.com/sp?ie=UTF8&seller=AOFEOKD68MQ5Y&asin=B0D25TTTWS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 93 | AMAZON | Pet-Lover Store | https://www.amazon.com/sp?ie=UTF8&seller=A2CNR3K7W057RT&asin=B0C98ZDMHD&ref_=dp_merchant_link |
| 94 | AMAZON | pipi direct | https://www.amazon.com/sp?ie=UTF8&seller=AGV99O2WWJ79M&asin=B0CYCMMPRL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 95 | AMAZON | Pownvtr | https://www.amazon.com/sp?ie=UTF8&seller=A3S1E5HNPLQ0QO&asin=B0DTPZ1DKD&ref_=dp_merchant_link |
| 96 | AMAZON | Pugcry | https://www.amazon.com/sp?ie=UTF8&seller=A61VXJOOWYMEZ&asin=B0DWFJKNN6&ref_=dp_merchant_link |
| 97 | AMAZON | Qiaeour | https://www.amazon.com/sp?ie=UTF8&seller=A28TWKSS6C0DBD&asin=B0D39RHJLN&ref_=dp_merchant_link |
| 98 | AMAZON | Qicai life-US | https://www.amazon.com/sp?ie=UTF8&seller=A3U6TNADBOIQ6X&asin=B0CYLHX98P&ref_=dp_merchant_link |
| 99 | AMAZON | QiSocd | https://www.amazon.com/sp?ie=UTF8&seller=ADOY4HP6K01AW&asin=B0D4DDQL99&ref_=dp_merchant_link |

| | | | |
|---|---|---|---|
| 100 | AMAZON | QUPENG STORE | https://www.amazon.com/sp?ie=UTF8&seller=A2EM8QMWCY8779&asin=B0CXPNDGZP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 101 | AMAZON | Ruizieng | https://www.amazon.com/sp?ie=UTF8&seller=A1AS2TCCPAN75R&asin=B0DJV567WS&ref_=dp_merchant_link |
| 102 | AMAZON | Sdeycui(christmas gifts for men 2024) | https://www.amazon.com/sp?ie=UTF8&seller=A2OPT5D21W6RJZ&asin=B0D1K63KCF&ref_=dp_merchant_link |
| 103 | AMAZON | Seahuyy | https://www.amazon.com/sp?ie=UTF8&seller=AQCMSUNPOHHJ4&asin=B0DKJVLFW7&ref_=dp_merchant_link |
| 104 | AMAZON | SENOY US (Fast Delivery 7 - 15 Days) | https://www.amazon.com/sp?ie=UTF8&seller=A22PUC2VWEG5UF&asin=B0CYFFBZYW&ref_=dp_merchant_link |
| 105 | AMAZON | Shang Zhicheng | https://www.amazon.com/sp?ie=UTF8&seller=A39365KEYXP4T1&asin=B0CXPMX5J3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 106 | AMAZON | 4.9 ★★★★★(239) | https://www.amazon.com/sp?ie=UTF8&seller=AFET9356GBYKC&asin=B0DT6L7RC1&ref_=dp_merchant_link |
| 107 | AMAZON | Shannon Wenha | https://www.amazon.com/sp?ie=UTF8&seller=AVMGE4APEA1IU&asin=B0DK4GKGCN&ref_=dp_merchant_link |
| 108 | AMAZON | ShanXiRuiKeHe | https://www.amazon.com/sp?ie=UTF8&seller=A2UNZW76P6QDOY&asin=B0DXV66M78&ref_=dp_merchant_link |
| 109 | AMAZON | shengyi shangmao | https://www.amazon.com/sp?ie=UTF8&seller=AQYDR7X8N62IA&asin=B0DZ25Y8K8&ref_=dp_merchant_link |
| 110 | AMAZON | Si Peihong | https://www.amazon.com/sp?ie=UTF8&seller=A3KJ02X2DGWZJK&asin=B0DJRYN8RL&ref_=dp_merchant_link |
| 111 | AMAZON | SUNSHINEYX | https://www.amazon.com/sp?ie=UTF8&seller=A1Y638DH3I1RO8&asin=B0DXC165PS&ref_=dp_merchant_link |
| 112 | AMAZON | Taiyuanbangshangyunshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A13PVORLNP071L&asin=B0DX1WDKFT&ref_=dp_merchant_link |
| 113 | AMAZON | Talent_Star | https://www.amazon.com/sp?ie=UTF8&seller=A1IEBSKYRWU05M&asin=B0DCFPS6L2&ref_=dp_merchant_link |
| 114 | AMAZON | Tanomi | https://www.amazon.com/sp?ie=UTF8&seller=A226CCJYEF9NQ5&asin=B0DJ74PJW7&ref_=dp_merchant_link |

| | | | |
|---|---|---|---|
| 115 | AMAZON | Teamoda | https://www.amazon.com/sp?ie=UTF8&seller=A3DHYUMYOWHE5I&asin=B0DWF87KYG&ref_=dp_merchant_link |
| 116 | AMAZON | Theuzi | https://www.amazon.com/sp?ie=UTF8&seller=A1PKAG9OA306SQ&isAmazonFulfilled=1&asin=B0CF4HRHDF&ref_=olp_merch_name_1 |
| 117 | AMAZON | tujiazheng | https://www.amazon.com/sp?ie=UTF8&seller=A1146ZXQM2LRT7&asin=B0D3GH3JDM&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 118 | AMAZON | Tuoetp | https://www.amazon.com/sp?ie=UTF8&seller=A3W39NA248G9Q1&asin=B0DQQZ4YXB&ref_=dp_merchant_link |
| 119 | AMAZON | Turongdianzi | https://www.amazon.com/dp/B0DZ1Y3JNR?th=1 |
| 120 | AMAZON | Unicpet | https://www.amazon.com/sp?ie=UTF8&seller=A1849QYJYJ3N88&asin=B0DJVYSV1M&ref_=dp_merchant_link |
| 121 | AMAZON | Vadfanxa | https://www.amazon.com/sp?ie=UTF8&seller=A1W8BYMWLT4441&asin=B0DWXCJZ8T&ref_=dp_merchant_link |
| 122 | AMAZON | VESNIBA | https://www.amazon.com/sp?ie=UTF8&seller=A2UJQ84TW5LGVV&asin=B0D5C2B9YD&ref_=dp_merchant_link |
| 123 | AMAZON | Wang Binhao | https://www.amazon.com/sp?ie=UTF8&seller=A12EWAMC36RBFX&asin=B0DZ28M2XX&ref_=dp_merchant_link |
| 124 | AMAZON | Weimoli | https://www.amazon.com/sp?ie=UTF8&seller=AFRAUZXB99GB8&asin=B0CYWC8LKF&ref_=dp_merchant_link |
| 125 | AMAZON | WngYuRic | https://www.amazon.com/sp?ie=UTF8&seller=A2FIEWLPMW8UCV&asin=B0CWTYZXYJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 126 | AMAZON | XieJY | https://www.amazon.com/sp?ie=UTF8&seller=ADRWKUV11U0DN&asin=B0D3HPR768&ref_=dp_merchant_link |
| 127 | AMAZON | XINGHAIZE | https://www.amazon.com/sp?ie=UTF8&seller=A2POM7RYRE1IYG&asin=B0D1JWT6RT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 128 | AMAZON | xuanenxianLongDongYanChengshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A8H95PIP6FN33&asin=B0CX4XGXXC&ref_=dp_merchant_link |
| 129 | AMAZON | yangqingxian | https://www.amazon.com/sp?ie=UTF8&seller=A3SS5WD5F6ADOT&asin=B0DT16J8KJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| | | | |
|---|---|---|---|
| 130 | AMAZON | Yaous shop | https://www.amazon.com/sp?ie=UTF8&seller=A14ZJPNX19LVVS&asin=B0DTDV332W&ref_=dp_merchant_link |
| 131 | AMAZON | Yaoxianliang | https://www.amazon.com/sp?ie=UTF8&seller=A3FTHXBNH97CLK&asin=B0D37N36B1&ref_=dp_merchant_link |
| 132 | AMAZON | YIfuly | https://www.amazon.com/sp?ie=UTF8&seller=A3IOMEMKVOQ714&asin=B0CX4RMDSM&ref_=dp_merchant_link |
| 133 | AMAZON | Yilia Direct(Fast Delivery 7 - 15 Days) | https://www.amazon.com/sp?ie=UTF8&seller=A325JEZLPAMJ5X&asin=B0DWFRSJKV&ref_=dp_merchant_link |
| 134 | AMAZON | yingqinshang | https://www.amazon.com/sp?ie=UTF8&seller=A14TJY70VY3MLU&asin=B0DY7CDZ36&ref_=dp_merchant_link |
| 135 | AMAZON | yong90 | https://www.amazon.com/sp?ie=UTF8&seller=A1XF64A8TREIAF&asin=B0CX16B3WD&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 136 | AMAZON | Young4us | https://www.amazon.com/sp?ie=UTF8&seller=AHYVJDAUP7HMS&asin=B0CXHRQXJF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 137 | AMAZON | YPIngp | https://www.amazon.com/sp?ie=UTF8&seller=AY77ZADF4Q9C6&asin=B0DQ7TFW7H&ref_=dp_merchant_link |
| 138 | AMAZON | yuahuie | https://www.amazon.com/sp?ie=UTF8&seller=A3771483HIIUVC&asin=B0CYC6FSY6&ref_=dp_merchant_link |
| 139 | AMAZON | zilonou-US | https://www.amazon.com/sp?ie=UTF8&seller=A6G4RW0AD5NAQ&asin=B0DTJDPRYC&ref_=dp_merchant_link |
| 140 | AMAZON | ZKEMENG | https://www.amazon.com/sp?ie=UTF8&seller=A39RV2T2ZMY8BR&asin=B0DM22H786&ref_=dp_merchant_link |
| 141 | AMAZON | Zuiali | https://www.amazon.com/sp?ie=UTF8&seller=A12UW86Y7QVV8X&asin=B0DM1MQ546&ref_=dp_merchant_link |
| 142 | AMAZON | Zuiminq | https://www.amazon.com/sp?ie=UTF8&seller=AYE7MLFIZ3PSW&asin=B0DXVPJ7YC&ref_=dp_merchant_link |
| 143 | TEMU | ABC Household Goods | temu.com/debs-m-634418215262596.html |
| 144 | TEMU | BITOWO | temu.com/debs-m-634418214725909.html |

| | | | |
|---|---|---|---|
| 145 | TEMU | Daccc | temu.com/debs-m-634418220894516.html |
| 146 | TEMU | GalaBoutique | temu.com/debs-m-634418220514421.html |
| 147 | TEMU | LIUWWW | temu.com/debs-m-634418221769556.html |
| 148 | TEMU | NancyLights | temu.com/debs-m-634418221869789.html |
| 149 | TEMU | Pashuhou | https://www.temu.com/youtandz-m-4928585148269.html?goods_id=601100188315547&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1745302194324_6q3vm46aer&refer_page_sn=10032&_x_sessn_id=ny17hpgl8k |
| 150 | TEMU | SGIAWETA SUPERMARKET | temu.com/debs-m-634418222013383.html |
| 151 | TEMU | yadododo | temu.com/debs-m-634418221110534.html |
| 152 | TEMU | ZmhGarden | temu.com/debs-m-634418217993773.html |
| 153 | Wal-Mart | Bocaoying | https://www.walmart.com/global/seller/101264214 |
| 154 | Wal-Mart | Fiaya Women | https://www.walmart.com/global/seller/101635972 |
| 155 | Wal-Mart | Sunyue CO. ltd | https://www.walmart.com/global/seller/101175097 |
| 156 | Wal-Mart | NT-PRODUCT | https://www.walmart.com/global/seller/102485115 |
| 157 | Wal-Mart | topjuju | https://walmart.com/global/seller/102517463 |
| 158 | Wal-Mart | yupinguang | https://www.walmart.com/global/seller/102643236 |

| | | | |
|---|---|---|---|
| 159 | Amazon | AERXI | https://www.amazon.com/sp?ie=UTF8&seller=A1HTQEGA52G6WF&asin=B0F47DGZC5&ref_=dp_merchant_link |
| 160 | Amazon | BH Body | https://www.amazon.com/sp?ie=UTF8&seller=A2XZDOKY52DH57&asin=B0C7C2WRXF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 161 | Amazon | D Linjia | https://www.amazon.com/sp?ie=UTF8&seller=A29N1AFGHZ2P7O&asin=B0DM4R9HMH&ref_=dp_merchant_link |
| 162 | Amazon | daydayupbro | https://www.amazon.com/sp?ie=UTF8&seller=A70VUBLG1INCI&asin=B0DXDXNC5T&ref_=dp_merchant_link |
| 163 | Amazon | ESbinssAA | https://www.amazon.com/sp?ie=UTF8&seller=A3H0APPV7WDXJW&asin=B0DSFVBXWN&ref_=dp_merchant_link |
| 164 | Amazon | Establish Wen | https://www.amazon.com/sp?ie=UTF8&seller=A1OUJY0CDTSBJA&asin=B0DMKMHXM6&ref_=dp_merchant_link |
| 165 | Amazon | FoxanDirect | https://www.amazon.com/sp?ie=UTF8&seller=A75N64QLRE7QB&asin=B0D2X3GH71&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 166 | Amazon | Hakka-US | https://www.amazon.com/sp?ie=UTF8&seller=A29LVRUM5A60A8&asin=B0DM1LVYN2&ref_=dp_merchant_link |
| 167 | Amazon | Gcle | https://www.amazon.com/sp?ie=UTF8&seller=A3MXH1ER5W2QXQ&asin=B0D14F1X6N&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 168 | Amazon | hubeifeiershangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=ABOA38CE1ESOU&asin=B0D9N8RT61&ref_=dp_merchant_link |
| 169 | Amazon | Ji Zheng co.,ltd. | https://www.amazon.com/sp?ie=UTF8&seller=AN61TU75YWYZW&asin=B0D32LGBPY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 170 | Amazon | Joan Yue | https://www.amazon.com/sp?ie=UTF8&seller=A14B6JF9UXEWQA&asin=B0DM5CGF7M&ref_=dp_merchant_link |
| 171 | Amazon | MaiMao Direct | https://www.amazon.com/sp?ie=UTF8&seller=A20XFXBBUWYFRO&asin=B0DY7STZ7J&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 172 | Amazon | MCTechnology | https://www.amazon.com/sp?ie=UTF8&seller=A18QXU9YUTNJC1&asin=B0D3FTG5MC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 173 | Amazon | MecTo (Fast Delivery 7-12 Days) | https://www.amazon.com/sp?ie=UTF8&seller=A3UO27R3GM7QDL&asin=B0CZ3YLWGC&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| | | | |
|---|---|---|---|
| 174 | Amazon | Paopaogogo | https://www.amazon.com/sp?ie=UTF8&seller=A3TFMZTSY8MMB6&asin=B0F24FLVS3&ref_=dp_merchant_link |
| 175 | Amazon | PiuQiuPia | https://www.amazon.com/sp?ie=UTF8&seller=A2YSRZT1ITDHPN&asin=B0CZ5VD5LT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 176 | Amazon | Priyaittal | https://www.amazon.com/sp?ie=UTF8&seller=A825NF3QSGR0E&asin=B0DMKQFBQC&ref_=dp_merchant_link |
| 177 | Amazon | pujidaodxtybtx | https://www.amazon.com/sp?ie=UTF8&seller=A3FAU5D1WORBBX&asin=B0DP2N8852&ref_=dp_merchant_link |
| 178 | Amazon | Qshave | https://www.amazon.com/sp?ie=UTF8&seller=A9D8YXTOGXF1I&asin=B0D9GSQB3Z&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 179 | Amazon | PUnlimited | https://www.amazon.com/sp?ie=UTF8&seller=A2GS0XDKRC2AOG&asin=B0D2GWJ38W&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 180 | Amazon | ShenZhenShiYiPingMengXiang | https://www.amazon.com/sp?ie=UTF8&seller=A1PS7S3ZVNJ8LM&asin=B0D6KCDHD4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 181 | Amazon | WangNaiChao111 | https://www.amazon.com/sp?ie=UTF8&seller=A3HEH4UGRUXH2O&asin=B0DM1RPFTM&ref_=dp_merchant_link |
| 182 | Amazon | Xieheng | https://www.amazon.com/sp?ie=UTF8&seller=A2K1ZVEI821AG0&asin=B0DM1SGYCW&ref_=dp_merchant_link |
| 183 | Amazon | XINGAOKEJI | https://www.amazon.com/sp?ie=UTF8&seller=AWEWA82TF6PDH&asin=B0F3PC79DX&ref_=dp_merchant_link |
| 184 | Amazon | YichangYunyunWangluoYouxianGongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2V1DOHNIYAUH4&asin=B0D8KN2KFX&ref_=dp_merchant_link |
| 185 | Amazon | 长沙市顿喜商贸有限公司 | https://www.amazon.com/sp?ie=UTF8&seller=A22Q3XRVRFTN23&asin=B0D5HRKHNV&ref_=dp_merchant_link |