UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-22175-DPG

**JOHN DOE**,

                Plaintiff,

vs.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,

                Defendants.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 14, 2026, service of process was effectuated on the Defendants designated as No. 1 through No. 26 and No. 143 through No. 152 (Except for Defendants No. 7, 18, 22 and 151)[1] listed on Schedule "A" through e-mail using e-mail addresses provided by the platforms and by providing the designated webpage to the listed Defendants pursuant to the Court's Order (DE 16). To the best of undersigned counsel's knowledge, none of the emails to Defendants bounced-back.

**DATED:  January 14, 2026**           Respectfully Submitted,

                                            **REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Blvd., Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By: _____
    **DAVID P. REINER, II, ESQ.**; FBN 416400

---

[1] Plaintiff was unable to serve Defendants 7, 18, 22 and 151 as Temu did not provide their information.

## CERTIFICATE OF SERVICE

    *I HEREBY CERTIFY that on **January 14, 2026**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: _____
**DAVID P. REINER, II**; FBN 416400

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989