UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-22175-DPG

**JOHN DOE**,

                Plaintiff,

vs.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,

                Defendants.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 3, 2026, service of process was effectuated on the Defendants designated as No. 7, 18, 22 and 151 listed on Schedule "A" through e-mail using e-mail addresses provided by the platforms and by providing the designated webpage to the listed Defendants pursuant to the Court's Order (DE 16). To the best of undersigned counsel's knowledge, none of the emails to Defendants bounced-back.

**DATED:  February 3, 2026**            Respectfully Submitted,

                **REINER & REINER, P.A.**
                *Counsel for Plaintiff*
                9100 South Dadeland Blvd., Suite 901
                Miami, Florida   33156-7815
                Tel: (305) 670-8282; Fax: (305) 670-8989
                dpr@reinerslaw.com; eservice@reinerslaw.com

By: _____
     **DAVID P. REINER, II, ESQ.**; FBN 416400

## CERTIFICATE OF SERVICE

    *I HEREBY CERTIFY that on **February 3, 2026**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: _____
**DAVID P. REINER, II**; FBN 416400