UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-22175-DPG

WANQIANG CHEN,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATEDASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Unseal (the "Motion"). [ECF No. 33]. Plaintiff requests that all sealed documents filed on the Court's docket be unsealed. The Court has carefully considered the Motion and is otherwise fully advised in the premises. The Court finds good cause to unseal the sealed documents. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is hereby **GRANTED**; and

2. The Clerk of the Court shall unseal all docket entries in this case and return those portions of the Court file to the public records.

3. The Clerk of the Court shall list Plaintiff's true and accurate name on the docket.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of February 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE