# Exhibit A

| NO. | Platform | ID | Shop Name | Online Market |
|---|---|---|---|---|
| 1 | TEMU | 634418216455615 | Amoin | https://www.temu.com/-m-634418216455615.html?goods_id=601099603436054&sticky_type=3&refer_page_name=bgn_verification&refer_page_id=10017_1744610830883_4os3ze9ubb&refer_page_sn=10017&_x_sessn_id=dbtyi5fea9 |
| 2 | TEMU | 634418216326240 | AUNTGUGU | https://www.temu.com/-m-634418216326240.html?goods_id=601099597352163&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744611042505_h62pxmvrkv&refer_page_sn=10032&_x_sessn_id=w4xlvkh21h |
| 3 | TEMU | 6038403082116 | Boya boutique | https://www.temu.com/boya-boutique-m-6038403082116.html?goods_id=601100160919824&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744616404248_ktglfwqstt&refer_page_sn=10032&_x_sessn_id=p51hck01yt |
| 4 | TEMU | 634418215428233 | Create Easy | https://www.temu.com/create-easy-m-634418215428233.html?goods_id=601099721439971&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744611537866_lw1xv3u4r7&refer_page_sn=10032&_x_sessn_id=56o9x7x0oy |
| 5 | TEMU | 634418221947885 | DavDoom | https://www.temu.com/davdoom-m-634418221947885.html?goods_id=601100578225096&sticky_type=3&refer_page_name=bgn_verification&refer_page_id=10017_1744616154618_0xufo8ybao&refer_page_sn=10017&_x_sessn_id=s27jon7f3d |
| 6 | TEMU | 634418211647589 | Five Sheep Trading | https://www.temu.com/-trading-m-634418211647589.html?goods_id=601099550384357&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744616478690_5hv0wu25dp&refer_page_sn=10032&_x_sessn_id=t1wfhg9k93 |
| 8 | TEMU | 634418217153494 | HuimanJJ | https://www.temu.com/huimanjj-m-634418217153494.html?goods_id=601099701263689&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617326179_jfpe6ncggq&refer_page_sn=10032&_x_sessn_id=97ogqi96od |
| 10 | TEMU | 634418218092312 | JUMON | https://www.temu.com/jumon-m-634418218092312.html?goods_id=601099676391765&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617395783_obqt78g7sy&refer_page_sn=10032&_x_sessn_id=srxa2i75x3 |
| 11 | TEMU | 634418218092147 | JUNRY | https://www.temu.com/junry-m-634418218092147.html?goods_id=601099676534264&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617427735_4zu8sywsam&refer_page_sn=10032&_x_sessn_id=64j39rkzof |
| 12 | TEMU | 634418217790046 | MKROOL | https://www.temu.com/mkrool-m-634418217790046.html?goods_id=601099660480425&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617477388_ii7enm5vzf&refer_page_sn=10032&_x_sessn_id=cok1b4xauu |
| 13 | TEMU | 634418218102288 | MKSOOL | https://www.temu.com/mksool-m-634418218102288.html?goods_id=601099677790998&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617511222_nmem9n4v7s&refer_page_sn=10032&_x_sessn_id=ybsmv2vb3n |
| 14 | TEMU | 634418217779937 | MKTOOL | https://www.temu.com/mktool-m-634418217779937.html?goods_id=601100363801723&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617558107_57r0r560d4&refer_page_sn=10032&_x_sessn_id=t5sn8ggdhj |
| 15 | TEMU | 634418219061712 | MKVOOL | https://www.temu.com/mkvool-m-634418219061712.html?goods_id=601099816880541&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617596853_b6tymg7luy&refer_page_sn=10032&_x_sessn_id=4wdn5v30y4 |
| 16 | TEMU | 634418218835114 | Ponso Toy | https://www.temu.com/-toy-m-634418218835114.html?goods_id=601099805270433&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617878749_ug5jzkmtqz&refer_page_sn=10032&_x_sessn_id=qrer9yvuoy |
| 17 | TEMU | 634418221771637 | profoundl | https://www.temu.com/profoundl-m-634418221771637.html?goods_id=601100460831741&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617896712_ootohi3shk&refer_page_sn=10032&_x_sessn_id=0aqyuuic00 |
| 19 | TEMU | 634418217748906 | Regulator | https://www.temu.com/regulator-m-634418217748906.html?goods_id=601099673083718&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617941516_tdmapp04j6&refer_page_sn=10032&_x_sessn_id=4pbg4912qk |

| | | | | |
|---|---|---|---|---|
| 20 | TEMU | 634418216050201 | SEEKER Z | https://www.temu.com/-z-m-634418216050201.html?goods_id=601099822686463&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617960365_9z6ttixskd&refer_page_sn=10032&_x_sessn_id=12x3yisbl7 |
| 21 | TEMU | 634418211001189 | Shi Yuk | https://www.temu.com/shi-yuk-m-634418211001189.html?goods_id=601100201081848&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617976097_9uzsfd03pc&refer_page_sn=10032&_x_sessn_id=3ys0p2bo4n |
| 23 | TEMU | 634418221570693 | TODBM | https://www.temu.com/debs-m-634418221570693.html?refer_page_name=mall&refer_page_id=10040_1744618034039_dfb62qvf8y&refer_page_sn=10040&_x_sessn_id=p0j82kro5z |
| 24 | TEMU | 634418216889418 | Wymfzgyhz | https://www.temu.com/wymfzgyhz-m-634418216889418.html?goods_id=601099673026208&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744618058644_8lo6qzcgc6&refer_page_sn=10032&_x_sessn_id=m3kgmietno |
| 25 | TEMU | 634418218200049 | Yilioe | https://www.temu.com/yilioe-m-634418218200049.html?goods_id=601100293622184&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744618071547_q4b14hopej&refer_page_sn=10032&_x_sessn_id=yug211cu7q |
| 26 | TEMU | 634418214465268 | ZLJ Shop | https://www.temu.com/zlj-shop-m-634418214465268.html?goods_id=601099570786274&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744618090525_uu2px80i00&refer_page_sn=10032&_x_sessn_id=h22q4z9ato |
| 143 | TEMU | 634418215262596 | ABC Household Goods | temu.com/debs-m-634418215262596.html |
| 144 | TEMU | 634418214725909 | BITOWO | temu.com/debs-m-634418214725909.html |
| 145 | TEMU | 634418220894516 | Daccc | temu.com/debs-m-634418220894516.html |
| 146 | TEMU | 634418220514421 | GalaBoutique | temu.com/debs-m-634418220514421.html |
| 147 | TEMU | 634418221769556 | LIUWWW | temu.com/debs-m-634418221769556.html |
| 148 | TEMU | 634418221869789 | NancyLights | temu.com/debs-m-634418221869789.html |
| 149 | TEMU | 4928585148269 | Pashuhou | https://www.temu.com/youtandz-m-4928585148269.html?goods_id=601100188315547&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1745302194324_6q3vm46aer&refer_page_sn=10032&_x_sessn_id=ny17hpgl8k |
| 150 | TEMU | 634418222013383 | SGIAWETA SUPERMARKET | temu.com/debs-m-634418222013383.html |
| 152 | TEMU | 634418217993773 | ZmhGarden | temu.com/debs-m-634418217993773.html |