**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-cv-22175-DPG**

**WANQIANG CHEN**,

     Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS,**
**AND UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE A**,

     Defendants.

_____/

## FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Entry of Final Judgment by Default as to Defendants identified on Exhibit A attached hereto ("Defaulting Defendants"). [ECF No. 45]. On February 25, 2026, the Clerk's Entry of Default was entered against the Defaulting Defendants. *See* [ECF Nos. 40, 41]. Accordingly, it is **ORDERED AND ADJUDGED** that Judgment is hereby entered in favor of Plaintiff against Defaulting Defendants, and Plaintiff is granted relief as follows:

     **A.**     **Permanent Injunctive Relief**

     1.     Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concerts or participation with any Defaulting Defendant having notice of this Order are hereby permanently restrained and enjoined from copying, displaying, distributing or creating derivative works of Plaintiff's copyrighted Works or any confusingly similar Works.

2.      Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concerts or participation with any Defendant having notice of this Permanent Injunction shall immediately and permanently discontinue the use of the Plaintiff's copyrighted Work, or confusingly similar Works, on or in connection with all Internet based e- commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs. This Order is limited to the Defaulting Defendants' listings using the Plaintiff's copyrighted Work, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs, and does not apply to the Defaulting Defendants' entire e-commerce stores.

3.      Defaulting Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to Temu.com and their related companies and affiliates on which this Court imposed restraints under the Preliminary Injunction, are ordered to release the funds restrained to satisfy the monetary judgments and pay those funds over to Plaintiff.

**B.      Copyright Infringement as to All Defaulting Defendants:**

The Court awards Plaintiff statutory damages of $100,000 against each Defaulting Defendant, for which let execution issue, based upon the Court's finding that each Defaulted Defendant infringed at least one trademark on one type of good. The Court considered both the willfulness of each Defaulted Defendant's conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range of 15 U.S.C. § 1117(c). The Court denies all relief not granted in this judgment. The Court retains jurisdiction to enforce this Final Judgment and Permanent Injunction.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of March 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

## Exhibit A

| NO. | Platform | ID | Shop Name | Online Market |
|-----|----------|----|-----------|---------------|
| 1 | TEMU | 634418216455615 | Amoin | https://www.temu.com/-m-634418216455615.html?goods_id=601099603436054&sticky_type=3&refer_page_name=bgn_verification&refer_page_id=10017_1744610830883_4os3ze9ubb&refer_page_sn=10017&_x_sessn_id=dbtyi5fea9 |
| 2 | TEMU | 634418216326240 | AUNTGUGU | https://www.temu.com/-m-634418216326240.html?goods_id=601099597352163&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744611042505_h62pxmvrkv&refer_page_sn=10032&_x_sessn_id=w4xlvkh21h |
| 3 | TEMU | 6038403082116 | Boya boutique | https://www.temu.com/boya-boutique-m-6038403082116.html?goods_id=601100160919824&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744616404248_ktglfwqstt&refer_page_sn=10032&_x_sessn_id=p51hck01yt |
| 4 | TEMU | 634418215428233 | Create Easy | https://www.temu.com/create-easy-m-634418215428233.html?goods_id=601099721439971&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744611537866_lw1xv3u4r7&refer_page_sn=10032&_x_sessn_id=56o9x7x0oy |
| 5 | TEMU | 634418221947885 | DavDoom | https://www.temu.com/davdoom-m-634418221947885.html?goods_id=601100578225096&sticky_type=3&refer_page_name=bgn_verification&refer_page_id=10017_1744616154618_0xufo8ybao&refer_page_sn=10017&_x_sessn_id=s27jon7f3d |
| 6 | TEMU | 634418211647589 | Five Sheep Trading | https://www.temu.com/-trading-m-634418211647589.html?goods_id=601099550384357&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744616478690_5hv0wu25dp&refer_page_sn=10032&_x_sessn_id=t1wfhg9k93 |
| 7 | TEMU | 634418219061112 | Huifeng hardware tool factory | https://www.temu.com/-hardware--m-634418219061112.html?goods_id=601100093462121&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744616589756_o1xrzdby6x&refer_page_sn=10032&_x_sessn_id=3msloix3y3 |
| 10 | TEMU | 634418218092312 | JUMON | https://www.temu.com/jumon-m-634418218092312.html?goods_id=601099676391765&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617395783_obqt78g7sy&refer_page_sn=10032&_x_sessn_id=srxa2i75x3 |
| 11 | TEMU | 634418218092147 | JUNRY | https://www.temu.com/junry-m-634418218092147.html?goods_id=601099676534264&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617427735_4zu8sywsam&refer_page_sn=10032&_x_sessn_id=64j39rkzof |
| 12 | TEMU | 634418217790046 | MKROOL | https://www.temu.com/mkrool-m-634418217790046.html?goods_id=601099660480425&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617477388_ii7enm5vzf&refer_page_sn=10032&_x_sessn_id=cok1b4xauu |
| 13 | TEMU | 634418218102288 | MKSOOL | https://www.temu.com/mksool-m-634418218102288.html?goods_id=601099677790998&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617511222_nmem9n4v7s&refer_page_sn=10032&_x_sessn_id=ybsmv2vb3n |

| 14 | TEMU | 634418217779937 | MKTOOL | https://www.temu.com/mktool-m-634418217779937.html?goods_id=601100363801723&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617558107_57r0r560d4&refer_page_sn=10032&_x_sessn_id=t5sn8ggdhj |
| 15 | TEMU | 634418219061712 | MKVOOL | https://www.temu.com/mkvool-m-634418219061712.html?goods_id=601099816880541&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617596853_b6tymg7luy&refer_page_sn=10032&_x_sessn_id=4wdn5v30y4 |
| 16 | TEMU | 634418218835114 | Ponso Toy | https://www.temu.com/-toy-m-634418218835114.html?goods_id=601099805270433&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617878749_ug5jzkmtqz&refer_page_sn=10032&_x_sessn_id=qrer9yvuoy |
| 17 | TEMU | 634418221771637 | profoundl | https://www.temu.com/profoundl-m-634418221771637.html?goods_id=601100460831741&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617896712_ootohi3shk&refer_page_sn=10032&_x_sessn_id=0aqyuuic00 |
| 18 | TEMU | 634418217982607 | Protective coverProtective | https://www.temu.com/protective-cover-m-634418217982607.html?goods_id=601099686504339&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617912928_2kc85yzzpn&refer_page_sn=10032&_x_sessn_id=grc9rzirmm |
| 19 | TEMU | 634418217748906 | Regulator | https://www.temu.com/regulator-m-634418217748906.html?goods_id=601099673083718&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617941516_tdmapp04j6&refer_page_sn=10032&_x_sessn_id=4pbg4912qk |
| 20 | TEMU | 634418216050201 | SEEKER Z | https://www.temu.com/-z-m-634418216050201.html?goods_id=601099822686463&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617960365_9z6ttixskd&refer_page_sn=10032&_x_sessn_id=12x3yisbl7 |
| 21 | TEMU | 634418211001189 | Shi Yuk | https://www.temu.com/shi-yuk-m-634418211001189.html?goods_id=601100201081848&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617976097_9uzsfd03pc&refer_page_sn=10032&_x_sessn_id=3ys0p2bo4n |
| 22 | TEMU | 634418216502326 | Stalink local | https://www.temu.com/stalink-local-m-634418216502326.html?goods_id=601099600018198&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744617999904_k2ppb8q2i7&refer_page_sn=10032&_x_sessn_id=p0j82kro5z |
| 23 | TEMU | 634418221570693 | TODBM | https://www.temu.com/debs-m-634418221570693.html?refer_page_name=mall&refer_page_id=10040_1744618034039_dfb62qvf8y&refer_page_sn=10040&_x_sessn_id=p0j82kro5z |
| 24 | TEMU | 634418216889418 | Wymfzgyhz | https://www.temu.com/wymfzgyhz-m-634418216889418.html?goods_id=601099673026208&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744618058644_8lo6qzcgc6&refer_page_sn=10032&_x_sessn_id=m3kgmietno |
| 25 | TEMU | 634418218200049 | Yilioe | https://www.temu.com/yilioe-m-634418218200049.html?goods_id=601100293622184&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744618071547_q4b14hopej&refer_page_sn=10032&_x_sessn_id=yug211cu7q |
| 26 | TEMU | 634418214465268 | ZLJ Shop | https://www.temu.com/zlj-shop-m-634418214465268.html?goods_id=601099570786274&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1744618090525_uu2px80i00&refer_page_sn=10032&_x_sessn_id=h22q4z9ato |
| 143 | TEMU | 634418215262596 | ABC Household Goods | temu.com/debs-m-634418215262596.html |
| 144 | TEMU | 634418214725909 | BITOWO | temu.com/debs-m-634418214725909.html |
| 145 | TEMU | 634418220894516 | Daccc | temu.com/debs-m-634418220894516.html |
| 146 | TEMU | 634418220514421 | GalaBoutique | temu.com/debs-m-634418220514421.html |
| 147 | TEMU | 634418221769556 | LIUWWW | temu.com/debs-m-634418221769556.html |
| 148 | TEMU | 634418221869789 | NancyLights | temu.com/debs-m-634418221869789.html |
| 149 | TEMU | 4928585148269 | Pashuhou | https://www.temu.com/youtandz-m-4928585148269.html?goods_id=601100188315547&sticky_type=3&refer |

| | | | | |
|---|---|---|---|---|
| | | | | _page_name=goods&refer_page_id=10032_1745302194324_6q3vm46aer &refer_page_sn=10032&_x_sessn_id=ny17hpgl8k |
| 150 | TEMU | 634418222013383 | SGIAWETA SUPERMARKET | temu.com/debs-m-634418222013383.html |
| 151 | TEMU | 634418221110534 | yadodododo | temu.com/debs-m-634418221110534.html |
| 152 | TEMU | 634418217993773 | ZmhGarden | temu.com/debs-m-634418217993773.html |